LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Plaintiff
BO FENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO FENG,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX ORTEGA ENTERPRISES, INC., dba PREMIER CRU; and DOES 1-10,<br><br>    Defendants. | Case No. 3:15-cv-4747 EDL<br><br>**REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE COURT:

PLAINTIFF BO FENG hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant FOX ORTEGA ENTERPRISES, INC., on the ground said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant on October 28, 2015, evidenced by proof of service on file with this Court.

The above-stated facts are set forth in the accompanying declaration of counsel Erik Babcock.

DATED: December 4, 2015              /S/Erik Babcock
                                     ERIK BABCOCK
                                     Attorney for Plaintiff  BO FENG

Request for Default & Declaration In Support,
*Feng v. Premier Cru*, No. 15-cv-4747 EDL                                                                       1

# DECLARATION OF ERIK BABCOCK IN SUPPORT
# OF REQUEST TO ENTER DAFAULT

I, ERIK BABCOCK, declare as follows:

1. I am attorney for plaintiff Bo Feng;

2. The complaint in this case was filed on October 14, 2015 (Dkt#1);

3. The summons for defendant Fox Ortega Enterprises, Inc., was issued on October 22, 2015 (Dkt#4);

4. The Summons and Complaint, and other pertinent documents, were personally served on the defendant on October 28, 2015 (Dkt#6);

5. The Defendant, Fox Ortega Enterprises, Inc., is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/S/Erik Babcock
ERIK BABCOCK
Attorney for Plaintiff  BO FENG