UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO FENG, <br>           Plaintiff, <br>    v. <br> FOX ORTEGA ENTERPRISES, INC., <br>           Defendant. | Case No.  15-cv-04747-EDL <br><br> **ORDER STAYING CASE** |

This Court has been notified that Defendant Fox Ortega Enterprises, Inc. filed bankruptcy on January 8, 2016 and an automatic stay is in effect.  See Dkt. No. 16 at 2; see also Nillson v. Fox Ortega Enterprises, 15-cv-4956-EDL (N.D.Cal.) at Dkt. No. 21.  Accordingly, all pending deadlines, including the case management conference set for May 17, are vacated and the matter is stayed.

As there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore, it is hereby Ordered that the Clerk of Court shall close this file for administrative purposes.  Nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this Order had not been entered.  The parties shall file a status report within 14 days of the termination of the bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: May 11, 2016

ELIZABETH D. LAPORTE <br> United States Magistrate Judge